## United States District Court
### Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EV88 | E2363802 | B. Miller | M2610 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐CFR ☐USC ☒State Code |
|---|---|
| 11/01/2024  1310 | 32CFR234.17  46.2-301(b) |

Place of Offense

South Rotary Rd/Fern St

Offense Description: Factual Basis for Charge        HAZMAT ☐

Operating Under Suspension (Other)

### DEFENDANT INFORMATION

Last Name: Harrison    First Name: Christopher   T

Street Address: ███████████

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| TYY 2601 | VA | 13 | Infiniti JX35 | | white |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ _____ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ _____ Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
United States District Court
401 Courthouse Square
Alexandria, VA 22314

Date: 12/19/2024
Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: X Refused

Original - CVB Copy

CVB SCAN 11/21/2024 10:0

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **November 1** 20 **24** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

While on the Pentagon Reservation, on a traffic stop for displaying expired registration, A VCIN/NCIC click revealed that the driver, Christopher Harrison (DOB 01/11/1990) returned with a suspended Virginia driver's license. No reason or date of suspension was given.

The foregoing statement is based upon:

☐ my personal observation    ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/01/2024   [signature] B. Mill
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 11/21/2024 10:0